IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM LUTHER RHOADS,

    Petitioner,        No. 2:11-cv-1507 LKK KJN P

    vs.

UNKNOWN,

    Respondent.        <u>ORDER</u>

        On October 1, 2012, a copy of a letter addressed to petitioner, dated April 1, 2011, was filed in this action. However, this petition for writ of habeas corpus was dismissed on September 15, 2011. Petitioner is advised that documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: October 16, 2012

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

rhoa1507.158