UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LUTHER RHOADS,<br><br>    Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>    Respondent. | No. 2:11-cv-1507 LKK KJN P<br><br><br><br>ORDER |

On February 12, 2014, petitioner filed a motion for appointment of counsel in connection with his effort to contest the extension of his forensic commitment. However, petitioner's commitment proceedings are not pending in this court.[1]  Moreover, the instant action in which petitioner filed a petition for writ of habeas corpus was dismissed on September 15, 2011.  If petitioner seeks appointment of counsel in his forensic commitment proceedings, he must file his motion in the court where such proceedings are pending.   Accordingly, IT IS HEREBY ORDERED that petitioner's motion (ECF No. 13) is denied.  Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

Dated:  March 25, 2014

/rhoa1507.158

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner's underlying criminal case was filed in the Tehama County Superior Court, 445 Pine Street, Red Bluff, CA  96080.

1